1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9  NORETTA A. Q.,[1]                                    Case No. 2:22–cv–9262–MCS–MAR

10                        Plaintiff,

11              v.                                      ORDER ACCEPTING FINDINGS
                                                        AND RECOMMENDATION OF
12  KILOLO KIJAKAZI,                                    UNITED STATES MAGISTRATE
    Acting Commissioner of Social Security,             JUDGE
13

14
                          Defendant.
15

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records

18  on file, and the Report and Recommendation of the United States Magistrate Judge.

19  No objections have been filed.  The Court accepts the findings and recommendation

20  of the Magistrate Judge.

21      **IT IS THEREFORE ORDERED** that Judgment be entered **REVERSING**

22  the Commissioner's decision **REMANDING** for further administrative action

23  consistent with this Report.

24  Dated:  September 13, 2023

25                                                      _____
                                                        HONORABLE MARK C. SCARSI
26                                                      United States District Judge

27

28

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
recommendation of the Committee on Court Administration and Case Management of the Judicial
Conference of the United States.